Mark D. Molner, Esq.
**PRICE LAW GROUP, APC**
2210 W. 75th Street
Prairie Village, KS 66208
Direct Dial: (913) 529-1474
Fax: (818) 907-2012
mark@pricelawgroup.com

Kansas Bar Number: 24493
Attorneys for Plaintiff,
ASHLEY ESRY

# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY ESRY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CBE GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 13-cv-2008 JTM/KGG<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)**<br><br>**Demand Does Not Exceed $10,000** |

## COMPLAINT

## INTRODUCTION

1.     This is an action for actual and statutory damages brought by Plaintiff, Ashley Esry, an individual consumer, against Defendant, CBE Group, Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

1

## VENUE AND JURISDICTION

2      2.      Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28

3
       U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and
4

5      2202. Venue in this District is proper in that the Defendant transacts business here.

6

## PARTIES

7
       3.      Plaintiff, Ashley Esry, is a natural person with a permanent residence
8

9      in Prairie Village, Johnson County, Kansas 66208.

10     4.      Upon information and belief, the Defendant, CBE Group, Inc., is a

11
       corporation engaged in the business of collecting debt in this state and in several
12

13     other states, with its principal place of business located at 1309 Technology Park,

14
       Cedar Falls, Black Hawk County, Iowa 50613. The principal purpose of Defendant
15

16     is the collection of debts in this state and several other states, and Defendant

17     regularly attempts to collect debts alleged to be due another.

18
       5.      Defendant is engaged in the collection of debts from consumers using
19

20     the mail and telephone.  Defendant regularly attempts to collect consumer debts

21     alleged to be due to another. Defendant is a ''debt collector'' as defined by the

22
       FDCPA, 15 U.S.C. § 1692a(6).
23

24

## FACTS

25
       6.      The debt that Defendant is attempting to collect on is an alleged
26

27     obligation of a consumer to pay money arising out of a transaction in which the

28

- 2 -

money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

7.     Within one (1) year preceding the date of this Complaint, Defendant, in connection with the collection of the alleged debt, continued to contact Plaintiff after being informed that Plaintiff was not the alleged debtor that Defendant was looking for.

8.     Within one (1) year preceding the date of this Complaint, Defendant, in connection with the collection of the alleged debt, attempted to communicate with Plaintiff numerous times and with such frequency as to harass and abuse the Plaintiff.

9.     The natural consequences of Defendant's statements and actions were to unjustly condemn and vilify Plaintiff for her non-payment of the debt she allegedly owed.

10.    The natural consequences of Defendant's statements and actions were to produce an unpleasant and/or hostile situation between Defendant and Plaintiff.

11.    The natural consequences of Defendant's statements and actions were to cause Plaintiff mental distress.

12.    Defendant utilized unfair and unconscionable means to collect on Plaintiff's alleged debt, by continuing to contact Plaintiff after being informed that Plaintiff was not the alleged debtor that Defendant was looking for.

## COUNT I – FDCPA

13.    Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

14.    Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

(a) Defendant violated *§1692c(a)(1)* of the FDCPA by communicating at a time or place known or which should be known to be inconvenient to the Plaintiff; and

(b) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of an alleged debt; and

(c) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly and/or continuously with the intent to annoy, abuse or harass any person at the called number; and

(d) Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt.

15.     Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

16.     As a result of the foregoing violations of the FDCPA, Defendant is liable to the Plaintiff, Ashley Esry, for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant, CBE Group, Inc., for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA.

B. Actual damages.

C. Statutory damages pursuant to 15 U.S.C. § 1692k.

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

E. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

F. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED,

DATED:  December 28, 2012          **PRICE LAW GROUP APC**

By:/s/ Mark D. Molner
     Mark D. Molner, Esq.
     Attorney for Plaintiff

## **DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff, Ashley Esry, demands trial by jury in this action.