Mark D. Molner, Esq.
**PRICE LAW GROUP, APC**
2210 W. 75th Street
Prairie Village, KS 66208
Direct Dial: (913) 529-1474
Fax: (818) 907-2012
mark@pricelawgroup.com

Kansas Bar Number: 24493
Attorneys for Plaintiff,
ASHLEY ESRY

## UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY ESRY,<br><br>    Plaintiff,<br><br>vs.<br><br>CBE GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No.: 2:13-cv-02008-JTM-KGG**<br><br>**VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff ASHLEY ESRY hereby voluntarily dismiss her claims, with prejudice, against Defendants CBE GROUP, INC; and DOES 1 through 10, inclusive.

RESPECTFULLY SUBMITTED,

DATED: March 20, 2013        **PRICE LAW GROUP APC**

By: /s/ Mark D. Molner
    Mark D. Molner, Esq.
    Attorney for Plaintiff